Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Augustine Gomez<br><br>　　　　Defendant. | Case No.: CR.S. 08-501 EFB<br><br>WAIVER OF DEFENDANT'S PRESENCE [Fed.R.Crim. Pro. 43]<br><br>Court:  Hon. Judge Edmund F. Brennan |

Mr. Augustine Gomez hereby waives the right to be present in person in open Court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, initial appearance, plea, trial confirmation hearing, impanelment of jury, every trial stage including verdict, and imposition of sentence.  The defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if he were personally present, and further agrees to be present in

Court and ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under 18 U.S.C. § 3161 - 3174 (the Speedy Trial Act), and authorizes his attorney to set times and delays under that act without his being present. With the Court's permission, Mr. Gomez respectfully requests that this Court accept his waiver of appearance when the statute deems his presence inessential and this Court consents.

Dated: April 13, 2009           Respectfully submitted,


                                __/s/ Shari Rusk___
                                Shari Rusk
                                Attorney for Defendant
                                Augustine Gomez


                                /s/ Augustine Gomez__
                                DEFENDANT
                                Augustine Gomez


**ORDER**

    IT IS SO ORDERED.

DATED: April 13, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE