Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 08-501 EFB |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court: Hon. Edmund Brennan<br>) Time: 10:00 p.m.<br>) Date: June 15, 2009 |
| Augustine Gomez, | ) |
| Defendant | |

Mr. Agustine Gomez is charged with a misdemeanor violation of 18 U.S.C. § 641 – Theft of Government Property. His status conference is currently set for May 15, 2009. The parties request that the status conference should be continued to June 15, 2009 and that date is available with the Court. The parties are involved in investigation, as well as negotiations.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: May 14, 2009           Respectfully submitted,


                                    __/s/ Shari Rusk___
                                    Shari Rusk
                                    Attorney for Defendant
                                    Augustine Gomez

-1-

/s/ Matthew Stegman
Matthew Stegman
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED. The Court finds excludable time through June 15, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: May 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE