1  **MICHAEL B. BIGELOW**
   **Attorney at Law**
2  State Bar Number 065211
   428 J Street, Suite 358
3  Sacramento, CA  95814
   Telephone: (916) 443-0217
4
5  Attorney for Petitioner
   Augustine Gomez

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   No. Cr  08-501  EFB
                                  )
11             Plaintiff/Appellee )   MOTION TO PROCEED IN FORMA
                                  )   PAUPERIS AND ORDER
12             v.                 )
                                  )
13 AUGUSTINE GOMEZ                )
                                  )
14        Defendant/Appellant     )
   ───────────────────────────────)

15

16          **MOTION FOR LEAVE TO PROCEED IN FORMA**
            **PAUPERIS and (PROPOSED) ORDER**
17

18      Pursuant to Title 18 U.S.C. §3006A(d)(7) Augustine Gomez

19 through newly appointed counsel, Michael B. Bigelow, asks leave

20 to prosecute his Appeal from the decision of the magistrate

21 judge to the District Court, Eastern District California

22 (Sacramento) without prepayment of fees or costs and to proceed

23 *in forma pauperis.*

24      On November 17, 2008, appellant was granted his request for

25 appointed counsel in the underlying matter and on August 25,

-1-

1  2009, undersigned counsel was requested to assume representation

2  and accept appointment on his appeal pursuant to 18 U.S.C. §

3  3006A(a)(2)(B) of his conviction the district court. Appellant

4  remains unable to afford the assistance of counsel.

5

6          Dated: August 25, 2009

7
                                    Respectfully Submitted,
8

9
                                    /S/MICHAEL B. BIGELOW
10                                   Michael B. Bigelow
                                    Attorney for Appellant
11

12

13
                                    **ORDER**
14        **SO ORDERED**

15
   DATED:  August 26, 2009
16
                                    _____
                                    EDMUND F. BRENNAN
17                                   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25