**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
428 J Street, Suite 358
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Augustine Gomez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr  08-501  EFB/JAM |
| Plaintiff/Appellee | |
| v. | DEFENDANT/APPELLANT'S WITHDRAWAL OF APPEAL ORDER |
| AUGUSTINE GOMEZ | |
| Defendant/Appellant | |

On August 25, 2009, the Defendant/Appellant, AUGUSTINE GOMEZ, by and through his appointed counsel, filed a Notice of Appeal to the Eastern District of California pursuant to Fed.R. Crim. 58(g)(2)(A) from his judgment of conviction in the above referenced matter on August 24, 2009, before the United States Magistrate Judge, the Honorable, Edmund F. Brennan, presiding.

1

PDF created with pdfFactory trial version www.pdffactory.com

On October 22, 2009, Defendant/appellant, Augustine Gomez, voluntarily executed a withdrawal of appeal, filed on October 26, 2009 and attached hereto and incorporated herein by reference.

Accordingly, Mr. Gomez, through counsel, requests an order issue withdrawing his appeal.

Undersigned counsel concurs with Mr. Gomez' decision to withdraw.

DATED: October 26, 2009      Respectfully submitted,

/S/MICHAEL B. BIGELOW
Attorney for Appellant

**ORDER**

IT IS HEREBY ORDERED, pursuant to appellant's request of October 22, 2009, and with counsel's concurrence, the appeal in Case No. 08-501 EFB/JAM from the judgment entered on August 24, 2009 is hereby withdrawn and dismissed.

DATED:   October 26, 2009      /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT A

PDF created with pdfFactory trial version www.pdffactory.com