UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edmund F. Brennan
United States Magistrate Judge
Sacramento, California

                RE:    Augustine GOMEZ
                      Docket Number:   2:08CR00501-01
                      PERMISSION TO TRAVEL
                      <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The probationer is requesting permission to travel to Lima, Peru. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 24, 2009, Gomez was sentenced for the offense of 18 USC 641 - Theft of Government Property (CLASS A MISDEMEANOR).

**Sentence imposed:** 24 months Probation; $25 special assessment. Special Conditions: 30 days home detention with electronic monitoring; 20 hours unpaid community service, to be completed within 120 days of judgment and sentencing date.

**Dates and Mode of Travel:** December 1, 2010, to January 30, 2011. Travel by air.

**Purpose:** Gomez has requested travel to receive medical attention. He has indicated he cannot afford the medical assistance in the United States. His wife has dual citizenship in Peru and the United States, and he would like to travel with her to obtain medical treatment for cataracts and glaucoma, as well as dental care regarding teeth replacement and maintenance. Furthermore, he has cardiovascular issues, and he would like to receive treatment for his diabetes, urology, and prostate issues. He has advised he would communicate with this probation officer via the Internet, and he would be staying with his wife's family in Lima, Peru. Furthermore, travel expenses would be fully covered from his

**RE:   Augustine GOMEZ**
      **Docket Number:   2:08CR00501-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

savings and donations from family and church friends. Based on his current medical circumstances, it does appear appropriate to travel at this time so he can receive the medical attention he needs. He has requested eight weeks so he can obtain treatment and remain there for follow-up care. Gomez has paid the special assessment in full and has completed the home confinement and community service conditions ordered. He plans to obtain the airline tickets once the Court approves his travel request.

                         Respectfully Submitted,

                         /s/ Shari R. Simon

                         **SHARI R. SIMON**
                         **United States Probation Officer**

**DATED:**   October 25, 2010
            Roseville, California
            SRS:cd


**REVIEWED BY:**      /s/ Kyriacos M. Siminodis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____x_____              Disapproved _____

October 26, 2010
_____      _____
**Date**                             **EDMUND F. BRENNAN**
                                     **United States Magistrate Judge**